JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Target Corporation, et al.,<br><br>    Defendants. | CASE NO. 8:17-cv-02213 AG (JDEx)<br><br>ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1)) |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant, filed on January 2, 2019, be entered as a matter of record, and the above-captioned action of "Maria Garcia, Plaintiff vs. Target Corporation; and DOES 1 to 20, Defendants," Case No. 8:17-cv-02213 AG (JDEx); formerly known as Case No. 30-2017-00933999-CU-PO-CJC in the Superior Court of the State of California, County of Orange, be, and is, hereby dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

Dated: January 03, 2019

                                                Honorable Andrew J. Guilford
                                                Judge of the U.S. District Court